## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jerome J. Kivel,

      Plaintiff,                                        Civil No. 04-4876 (RHK/JSM)

vs.

                                                              **ORDER**

WealthSpring Mortgage Corporation,

      Defendant.

---

On or before July 18, 2005, Plaintiff shall serve and file a responsive memorandum to Defendant's Memorandum of Law in Opposition to Motion for Default Judgment; on or before July 22, 2005, Defendant may reply thereto.

The July 14, 2005 hearing with respect to Plaintiff's Motion for Default Judgment is **CANCELED**; the parties will be advised if it is determined that a hearing with respect to said Motion is needed.

Dated: July 11, 2005

                                                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                    United States District Judge